UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA

                                            **Hon. Hugh B. Scott**

                                            11CR215A

v.

                                            **Report &**
                                            **Recommendation**

Lisa M. Yeager,
                Defendant.

Before the Court is the defendant's omnibus motions seeking various pretrial relief (Docket No. 11).[1]

In an indictment dated June 29, 2011, defendant Lisa M. Yeager ("Yeager") is charged with three counts of making and subscribing a false income tax return in violation to 26 U.S.C. §7206(1).

**Suppression of Statements by the Defendant**

The defendant's omnibus motion seeks to suppress statements. (Docket No. 11 at page 2). In this regard, the defendant has stated that she is unaware of any statements attributed to her that the government intends to use in this case, but reserves the right to move to suppress any such

---

[1] To the extent the motion seeks pretrial discovery, such issues are the subject of a separate Decision & Order.

1

statements. The government has represented that it has identified certain statements made by the defendant and has provided those statements to the defendant.

During oral argument on April 3, 2012, the parties appeared to agree that no suppression issues exist.  Thus, to the extent the defendant's motion seeks suppression of statements, the motion should be denied as moot.

Pursuant to 28 U.S.C.  §636(b)(1), it is hereby ordered that this Report & Recommendation be filed with the Clerk of the Court and that the Clerk shall send a copy of the Report & Recommendation to all parties.

**ANY OBJECTIONS to this Report & Recommendation must be filed with the Clerk of this Court within fourteen(14) days after receipt of a copy of this Report & Recommendation in accordance with 28 U.S.C. §636(b)(1), Rules 6(a), 6(e) and 72(b) of the Federal Rules of Civil Procedure, as well as W.D.N.Y.  Local Rule 72(a)(3).**

**FAILURE TO FILE OBJECTIONS TO THIS REPORT & RECOMMENDATION WITHIN THE SPECIFIED TIME,  OR TO REQUEST AN EXTENSION OF TIME TO FILE OBJECTIONS, WAIVES THE RIGHT TO APPEAL ANY SUBSEQUENT ORDER BY THE DISTRICT COURT ADOPTING THE RECOMMENDATIONS CONTAINED HEREIN.**  <u>Thomas v. Arn</u>, 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed2d 435 (1985); <u>F.D.I.C. v. Hillcrest Associates</u>, 66 F.3d 566 (2d. Cir. 1995); <u>Wesolak v. Canadair Ltd.</u>, 838 F.2d 55 (2d Cir. 1988); see also 28 U.S.C. §636(b)(1), Rules 6(a), 6(e) and 72(b) of the Federal Rules of Civil Procedure, and W.D.N.Y.  Local Rule 72(a)(3).

Please also note that the District Court, on *de novo* review, will ordinarily refuse to consider arguments, case law and/or evidentiary material which could have been, but was not,

presented to the Magistrate Judge in the first instance.  See <u>Patterson-Leitch Co. Inc. v. Massachusetts Municipal Wholesale Electric Co.</u>, 840 F.2d 985 (1st Cir. 1988).

Finally, the parties are reminded that, pursuant to W.D.N.Y.  Local Rule 72.3(a)(3), "written objections shall specifically identify the portions of the proposed findings and recommendations to which objection is made and the basis for such objection and shall be supported by legal authority." **Failure to comply with the provisions of Rule 72.3(a)(3)may result in the District Court's refusal to consider the objection.**

So Ordered.

*/s/ Hugh B. Scott*
United States Magistrate Judge
Western District of New York

Buffalo, New York
May 2, 2012